THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LISA JALLO, | CASE NO. C18-1851-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the mediator's notice of occurrence of alternative dispute resolution, filed on September 6, 2019. (Dkt. No. 11.) According to the notice, the parties have resolved this case via mediation. (*See id*.) The parties are hereby ORDERED to file a stipulated notice of dismissal within 30 days of the issuance of this minute order. The Clerk is DIRECTED to strike all case management dates and to statistically close the case.

DATED this 9th day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk